# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON LUSHER, | Case No.: 5:25-cv-03805-EKL |
| Plaintiff, | District Judge: Honorable Eumi K. Lee |
| vs. | |
| FORD MOTOR COMPANY; PRICE FORD OF TURLOCK; and DOES 1 through 10, inclusive, | **ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |
| Defendants. | |

## ORDER GRANTING JOINT STIPULATION FOR DISMISSAL

Upon the Joint Stipulation of the Parties to dismiss this case in light of settlement of damages and attorneys' fees, costs, and expenses, and satisfied funding of such:

It is hereby ORDERED that this matter is DISMISSED WITH PREJUDICE.

Date:  May 21, 2026        _____

Honorable Eumi K. Lee

UNITED STATES DISTRICT JUDGE